# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Stella L. Cunegin,　　　　　　　　　　　Bankruptcy Case No. 18-51543
　　　　　　　　　　　　　　　　　　　　Honorable Mark A. Randon
　　　　　　　　Debtor.　　　　　　　　Chapter 7
_____/

## MOTION FOR CONTEMPT OF COURT AND FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004

**NOW COMES** the Chapter 7 Trustee, Michael Stevenson, by and through his counsel, Stevenson & Bullock, P.L.C., and pursuant to 11 U.S.C. §§ 105 and 542(a) and Fed. R. Bankr. P. 2004, and E.D. Mich. L.B.R. 2004-1, requests that this court enter an order holding Stella L. Cunegin in contempt of court for failing to comply with this Court's Order Granting Motion for Production of Documents Pursuant to Fed. R. Bankr. P. 2004, and for an examination pursuant to Fed. R. Bankr. P. 2004, stating as follows:

1. On August 21, 2018, Stella L. Cunegin (the "Debtor") filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code.

2. Michael Stevenson (the "Trustee") is the duly appointed and acting Chapter 7 Trustee of the Debtor's bankruptcy estate.

3. On September 27, 2018, the Debtor's 341 Meeting of Creditors was held

and concluded.

4. On October 30, 2018, the Trustee requested documentation and information related to the Debtor's financial affairs.

5. On November 27, 2018, the Trustee filed a Motion for Production of Documents Pursuant to Fed. R. Bankr. P. 2004 (DN 25); On December 17, 2018 the Court entered an Order Granting Motion for Production of Documents Pursuant to Fed. R. Bankr. P. 2004 (DN 27) (the "Order") requiring the Debtor to produce certain financial documentation on or before December 19, 2018.

6. On December 17, 2019, the Trustee received a packet of documents in the mail which contained some, but not all, of the required documents.

7. Upon review of the documents received, the Trustee contacted the Debtor's counsel via email at 1:57 pm on December 17, 2018, and advised of the receipt of the documents, the documents that had not been included in the mailing the deadline to provide the missing documents, a request for a 2004 examination with proposed dates and times for the examination, and a request that the Debtor stipulate to the entry of an order for the examination. (See Exhibit 6)

8. The Debtor failed to provide the outstanding documents required by the Order, and failed to respond to the Trustee's request for a 2004 examination.

9. To date the Debtor has failed or refused to turn over the August 11, 2018 through August 21, 2018 DFCU statement and the copies of the cancelled

checks or legible check register/ledger for the DFCU and Lake Trust Credit Union checking accounts from May 23, 2018 through August 21, 2018.

10. It is necessary for the Trustee to obtain the records required by the Order to investigate the any potential preferential and/or fraudulent transfers, and question the Debtor at the 2004 examination.

11. This court has authority to compel testimony pursuant to Fed. R. Bankr. P. 2004.

WHEREFORE, Debtor prays this Honorable Court grant the Trustee's Motion by holding Stella L. Cunegin in contempt of court, requiring Stella L. Cunegin to appear for an examination, to produce the outstanding documents related to Stella L. Cunegin's bank accounts at DFCU and Lake Trust Credit Union, to remit to Stevenson & Bullock, PLC attorney fees and costs in an amount to be determined by the Court for unnecessary work to obtain the outstanding documents and a 2004 examination, and for such other relief as this Court deems just.

Dated: <u>January 8, 2019</u>  Respectfully Submitted,

/s/ Sonya N. Goll
Sonya N. Goll P61136
Stevenson & Bullock PLC
26100 American Dr., Ste. 500
Southfield, MI 48034
(248) 354-7906
**sgoll@sbplclaw.com**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Stella L. Cunegin,

Bankruptcy Case No. 18-51543
Honorable Mark A. Randon
Chapter 7

Debtor.
_____ /

## ORDER FOR CONTEMPT OF COURT AND FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004

The Chapter 7 Trustee, Michael A. Stevenson, having filed a Motion for Contempt of Court and for Examination Pursuant to Fed.R.Bankr.P. 2004, a hearing having been held having been filed, and the Court being more fully advised;

**IT IS HEREBY ORDERED** that the Motion for Contempt of Court and for Examination Pursuant to Fed.R.Bankr.P. 2004 is granted.

**IT IS FURTHER ORDERED** that the Debtor is in contempt of this Court's Order Granting Motion for Production of Documents Pursuant to Fed.R.Bankr.P. 2004 (DN 27).

**IT IS FURTHER ORDERED** that within 7 days of the entry of this order, Stella L. Cunegin (the "Debtor") shall turn over copies of her August 11, 2018 through August 21, 2018 DFCU statement(s) and copies of the cancelled checks or legible check register/ledgers from May 23, 2018 through August 21,

2018 for the Debtor's DFCU and Lake Trust Credit Union checking accounts to counsel for the Chapter 7 Trustee, Michael A. Stevenson, Sonya N. Goll.

**IT IS FURTHER ORDERED** that the Debtor shall appear for an examination, and give oral testimony under oath, to be conducted on behalf of the Chapter 7 Trustee pursuant to FED.R.BANKR.P. 2004 at the offices of Stevenson & Bullock, P.L.C., 26100 American Drive, Suite 500, Southfield, MI 48034 on Friday, February 22, 2019 at 10:00 AM and shall remain until such examination is completed, unless adjourned by written agreement.

**IT IS FURTHER ORDERED** that within seven (7) days of entry of this Order, Stevenson & Bullock, PLC shall file an itemization of time and expenses related to having to file the underlying Motion and attendance at any hearing(s) resulting from the Motion, and submit to the Court a proposed order granting attorney fees and costs to be paid by the Debtor for the unnecessary work caused by the Debtor's failure to comply with the Order Granting Motion for Production of Documents Pursuant to Fed.R.Bankr.P. 2004 (DN 27) and failure to agree to a date and time for an examination to be held pursuant to Fed.R.Bankr.P. 2004.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction on the issue of additional potential sanctions should the Debtor fail to timely comply with this Order.

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Stella L. Cunegin,

       Debtor.
_____/

Bankruptcy Case No. 18-51543
Honorable Mark A. Randon
Chapter 7

## NOTICE OF MOTION FOR CONTEMPT OF COURT AND FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004

The Chapter 7 Trustee, Michael A. Stevenson, has filed papers with the court to obtain an Order for Contempt of Court and for Examination Pursuant to Fed.R.Bankr.P. 2004.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult one.)**
  If you do not want the court to grant the above order, or if you want the court to consider your views on the Motion for Contempt of Court and for Examination Pursuant to Fed.R.Bankr.P. 2004, within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]
  United States Bankruptcy Court, 211 W. Fort Street, Suite 1700, Detroit, MI 48226
If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
You must also mail a copy to:

Sonya N. Goll, Stevenson & Bullock PLC, 26100 American Dr., Ste. 500, Southfield, MI 48034

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

  **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

| | |
|---|---|
| Date:  January 8, 2019 | /s/ Sonya N. Goll |
| | Sonya N. Goll P61136 |
| | Stevenson & Bullock PLC |
| | 26100 American Dr., Ste. 500 |
| | Southfield, MI 48034 |
| | (248) 354-7906 |
| | **sgoll@sbplclaw.com** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Stella L. Cunegin,                                   Bankruptcy Case No. 18-51543

                                                    Honorable Mark A. Randon

                   Debtor.                      Chapter 7

_____/

## PROOF OF SERVICE

    Sonya N. Goll certifies that on the 8th day of January, 2019 a copy of the **Motion for Contempt of Court and for Examination Pursuant to Fed.R.Bankr.P. 2004, proposed Order, Notice of Motion for Contempt of Court and for Examination Pursuant to Fed.R.Bankr.P. 2004, Exhibit 6-1,** and this **Proof of Service** upon all parties listed below electronically and/or by depositing same in a United States Postal Box located in Southfield, Michigan, with postage fully prepaid thereon.

| | |
|---|---|
| Office of the United States Trustee<br>211 West Fort Street<br>Detroit, MI 48226 | Stella L. Cunegin<br>1177 Tahiti Circle<br>Davenport, FL 33897 |
| William C. Babut, at wbabut@babutlaw.com | Michael A. Stevenson, at mas@sbplclaw.com |

                                             /s/ Sonya N. Goll (P61136)
                                             Sonya N. Goll
                                             Stevenson & Bullock, P.L.C.
                                             Attorneys for Trustee
                                             26100 American Dr., Suite 500
                                             Southfield, MI 48034
                                             (248) 354-7906
                                             sgoll@sbplclaw.com

EXHIBIT 6

## Sonya Goll

| | |
|---|---|
| **From:** | Sonya Goll |
| **Sent:** | Monday, December 17, 2018 1:57 PM |
| **To:** | 'wbabut@babutlaw.com' |
| **Subject:** | Sheila Cunegin 18-51543 |

Bill,

I received a packet in the mail today from the debtor which included the closing documents from the sale of real property that took place the day before the bankruptcy was filed, copies of her 2016 and 2017 tax returns, and portions of the required bank statements. I am still missing the August 11, 2018 through August 21, 2018 DFCU statement, and copies of the cancelled checks or a legible check register/ledger for both the DFCU and the Lake Trust CU accounts from May 23, 2018 through August 21, 2018. Those missing documents must be received no later than Wednesday, December 19th in order to comply with the order for production.

Additionally, based on the documents I do have, I would like to have a 2004 examination of the Debtor. I would propose any of the below dates/times for the examination:

| | |
|---|---|
| 1/10/19 | 10:00 am or 2 pm; |
| 1/14/19 | 10:00 am or 2 pm; |
| 1/15/19 | 2 pm; |
| 1/17/19 | 10:00 am or 2 pm; |
| 1/18/19 | 10:00 am or 2 pm; |
| 1/21/19 | 10:00 am or 2 pm; |
| 1/22/19 | 10:00 am or 2 pm; |
| 1/23/19 | 10:00 am or 2 pm; |
| 1/24/19 | 10:00 am or 2 pm; or |
| 1/25/19 | 10:00 am or 2 pm. |

Please let me know which date/time works best for you and your client and I will prepare the stipulation and order for same and email it over to.

Thank you,

*Sonya N. Goll*
Sonya N. Goll
Stevenson & Bullock, PLC
26100 American Dr., Ste. 500
Southfield, MI 48034
(248) 354-7906 ext. 2234